**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

TERRELL DWAYE WRIGHT, :
:
    Plaintiff, :
:
v. : CASE NO.: 1:13-CV-6 (WLS)
:
Officer MONICA MOSES, *et al.*, :
:
    Defendants. :
_____ :

## **ORDER**

    Before the Court is a Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed February 21, 2013. (Doc. 10.) It is recommended that Plaintiff's claims against Warden John Jeanes and Deputy Warden Christopher Railey be dismissed, and Defendants Jeanes and Railey be dismissed as Defendants. (Doc. 10 at 4-5.) It is also recommended that Plaintiff's claim regarding deprivation of his personal property be dismissed from the case. (*Id.* at 5.)

    The Report and Recommendation provided the Parties with fourteen (14) days to file written objections to the recommendations therein. (*Id.*) The period for objections expired on Thursday, March 7, 2013; no objections have been filed to date. (*See* Docket).

    Upon full review and consideration upon the record, the Court finds that said Recommendation (Doc. 10) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Plaintiff's claims against Warden John Jeanes and Deputy Warden Christopher Railey are **DISMISSED**, and Defendants Jeanes and Railey are hereby **DISMISSED** from the case.

1

Plaintiff's claim regarding deprivation of his personal property is also **DISMISSED.**

    **SO ORDERED**, this  4th  day of April, 2013.

                                      /s/ W. Louis Sands
                                      **THE HONORABLE W. LOUIS SANDS,**
                                      **UNITED STATES DISTRICT COURT**